UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Carol L. Knowlton, Esquire
Gorski & Knowlton, PC
311 Whitehorse Ave., Suite A
Hamilton, NJ  08610
Phone:  (609)964-4000
Fax:  (609)585-2553
Email:  cknowlton@gorskiknowlton.com
Attorneys for Debtors

Order Filed on December 3, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Raymond F. Lally & Zografia I. Perdikis

Case No.:  15-25076-MBK

Chapter:  13

Judge:  Kaplan

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: December 3, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that __Carol L. Knowlton, Esq. of Gorski & Knowlton PC__, the applicant, is allowed a fee of $ _____1,660.00_____ for services rendered and expenses in the amount of $_____27.75_____ for a total of $_____1,687.75_____ . The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $____0.00____ per month for ____0____ months to allow for payment of $0.00 of the above fee; and
The Debtors will pay to the applicant the sum of $1,687.75 outside the Plan.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Raymond F. Lally  
Zografia I. Perdikis  
    Debtor(s)

Case No. 15-25076-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 03, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Raymond F. Lally, Zografia I. Perdikis, 128 Weston Avenue, Mercerville, NJ 08619-1835 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Carol L. Knowlton | on behalf of Debtor Raymond F. Lally cknowlton@gorskiknowlton.com |
| Carol L. Knowlton | on behalf of Joint Debtor Zografia I. Perdikis cknowlton@gorskiknowlton.com |
| Jerome B. Blank | on behalf of Creditor CALIBER HOME LOANS INC., F/K/A VERICREST FINANCIAL, INC. nj.bkecf@fedphe.com |
| Nicholas V. Rogers | |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 03, 2020 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Creditor CALIBER HOME LOANS INC. nj.bkecf@fedphe.com

United States Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7