Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15–25076–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Raymond F. Lally
128 Weston Avenue
Mercerville, NJ 08619

Zografia I. Perdikis
aka Zografia I. Lally
128 Weston Avenue
Mercerville, NJ 08619

Social Security No.:
xxx–xx–2101

xxx–xx–9547

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: February 24, 2021

Michael B. Kaplan
Judge, United States Bankruptcy Court